# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3842

_____

Anna Marie Goodin, for Robert P.        *
Gaskins, a minor,                        *
                                         *
            Appellant,                   *    Appeal from the United States
                                         *    District Court for the Western
    v.                                   *    District of Missouri.
                                         *
Kenneth S. Apfel, Commissioner,          *        [UNPUBLISHED]
Social Security Administration,          *
                                         *
            Appellee.                    *

_____

Submitted: March 3, 2000

Filed: March 9, 2000

_____

Before RICHARD S. ARNOLD, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Anna Marie Goodin, for Robert P. Gaskins, a minor, appeals the district court's grant of summary judgment affirming the social security commissioner's denial of Goodin's application for supplemental security income benefits. After careful review of the parties' briefs and the administrative record, we conclude substantial evidence supports the decision of the commissioner that Goodin's son is not disabled for social security purposes. Goodin's appeal presents no novel issues to justify an extended

discussion. We thus affirm for the reasons stated in the district court's order. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.